AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF TEXAS
Marshall Division

M-RED INC.,
*Plaintiff(s)*

v.   Civil Action No. 2:21-cv-00354

BIOSTAR MICROTECH INT'L CORP.,
*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

BIOSTAR MICROTECH INT'L CORP.
231 2F, No. 108-2, Min Chuan Road
Hsin Tien District
New Taipei City, Taiwan

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Alfred R. Fabricant, Esq.
FABRICANT LLP
411 Theodore Fremd Avenue, Suite 206 South
Rye, New York 10580
Telephone: (212) 257-5797

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 9/13/21

*Signature of Clerk or Deputy Clerk*
David A. O'Toole

## AFFIDAVIT OF SERVICE

### UNITED STATES DISTRICT COURT
### Eastern District of Texas

Case Number: 2:21-CV-00354

Plaintiff:
**M-Red Inc.**

vs.

Defendant:
**Biostar Microtech Int'l Corp.**

For:
Fabricant LLP
411 Theodore Fremd Rd.
Suite 206
South Rye, NY 10580

Received by Mike Techow on the 16th day of September, 2021 at 2:40 pm to be served on **Biostar Microtech Int'l Corp By serving through the Texas Secretary of State, 1019 Brazos St., Austin, Travis County, TX 78701**.

I, Mike Techow, being duly sworn, depose and say that on the **16th day of September, 2021 at 3:40 pm, I:**

delivered to **REGISTERED AGENT** by delivering a true copy of the **Two Copies Summons in a Civil Action, Complaint for Patent Infringement with $55 Secretary of State Fee** with the date of service endorsed thereon by me, to: **Michael Orta, The Texas Secretary of State** as **Authorized Agent** at the address of: **1019 Brazos St., Austin, Travis County, TX 78701** on behalf of **Biostar Microtech Int'l Corp**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 38, Sex: M, Race/Skin Color: Hispanic, Height: 6'0", Weight: 320, Hair: Black, Glasses: N

My name is Mike Techow. My date of birth is 6/26/1972. My work address is 809 Nueces, Austin, TX 78701. I declare under penalty of perjury that the foregoing is true and correct. Executed in Travis County on September 17th, 2021 by Mike Techow, declarant.

Subscribed and Sworn to before me on the 17th day of September, 2021 by the affiant who is personally known to me.

NOTARY PUBLIC

MARIE NICOLE HENRY
Notary Public, State of Texas
Comm. Expires 04-04-2023
Notary ID 131960939

Mike Techow
PSC-1215, Exp. 7/31/2022

Inter County Judicial Services LLC
901 North Broadway
Ste 18
North White Plains, NY 10603
(516) 248-8270

Our Job Serial Number: MST-2021006817
Ref: 2121935