IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| M-RED INC., § | |
| § | |
| *Plaintiff*, § | |
| § | |
| v. § | CIVIL ACTION NO. 2:21-CV-00354-JRG |
| § | |
| BIOSTAR MICROTECH INT'L CORP., § | [LEAD CASE] |
| § | |
| *Defendant*. § | |

## ORDER

Before the Court is the Notice of Voluntary Dismissal with Prejudice (the "Notice") filed by Plaintiff M-Red, Inc. ("M-Red"). (Dkt. No. 13). In the Notice, M-Red notifies the Court that all claims against Defendant Giga-Byte Technology Co., Ltd. ("Giga-Byte") are dismissed with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Having considered the Notice, the Court **ACCEPTS AND ACKNOWLEDGES** that all claims by and between M-Red and Giga-Byte are **DISMISSED WITH PREJUDICE**. All pending requests for relief in the above-captioned case not explicitly granted herein are **DENIED AS MOOT**. Each party is to bear its own costs and fees.

The Clerk of the Court is directed to **CLOSE** Case No. 2:21-cv-00355-JRG and **MAINTAIN AS OPEN** Case No. 2:21-cv-00354-JRG as other consolidated defendants remain.

**So ORDERED and SIGNED this 13th day of January, 2022.**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE