# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| M-RED INC., § | |
| § | |
| *Plaintiff*, § | |
| § | |
| v. § | CIVIL ACTION NO. 2:21-CV-00354-JRG |
| § | |
| BIOSTAR MICROTECH INT'L CORP., § | |
| § | |
| *Defendant*. § | |

## ORDER

Before the Court is Plaintiff M-Red Inc.'s ("M-Red") Notice of Voluntary Dismissal With Prejudice (the "Notice"). (Dkt. No. 23). In the Notice, M-Red notifies the Court that all claims in the above-captioned case are dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Having considered the Notice, the Court **ACCEPTS AND ACKNOWLEDGES** that all claims by and between the parties in the above-captioned case are **DISMISSED WITH PREJUDICE**. Each party is to bear its own costs and fees. All pending requests for relief in the above-captioned case not explicitly granted herein are **DENIED AS MOOT**.

The Clerk of Court is directed to **CLOSE** the above-captioned case as no parties or claims remain.

**So ORDERED and SIGNED this 9th day of March, 2022.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE